FILED'08 JUL 16 15:40 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEAN M. NELSON                         CV 07-1234-MA

       Plaintiff,                  JUDGMENT

v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

       Defendant.

     Based on the record and the Opinion and Order filed herewith,

     IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Opinion and Order.

     Dated this _16_ day of July, 2008.

                                    Malcolm F. Marsh
                                    United States District Judge

1 - JUDGMENT