Sharon Maynard, OSB# 92584
BENNETT, HARTMAN, MORRIS & KAPLAN
111 SW Fifth Ave., Suite 1650
Portland, Oregon 97204
(503) 227-4600
FAX # 248-6800
e-mail: maynards@bennetthartman.com
  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEANNE NELSON,

    Plaintiff,

    v.

MICHAEL ASTRUE,
Commissioner, Social Security
Administration,

    Defendant.

Civil No. 07-1234-MA

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,910.50, pursuant to 28 U.S.C §2412, costs in the amount of $350.00, and expenses in the amount of $36.75, be awarded to Plaintiff, pursuant to 28 U.S.C §1920, for a total of $6,297.25, should be awarded to Plaintiff; made payable to and mailed to Plaintiff's attorney, Sharon Maynard.

DATED: _____29_____ day of __August__, 2008

_____Malcolm F. Marsh_____
UNITED STATES DISTRICT JUDGE

Page 1 - ORDER - NELSON